PRISANT *et al.* *v.* FEINGOLD.

HINES, J. Under the rulings in *Prisant* v. *Feingold*, ante, 864, the court did not err in refusing to attach the respondent for contempt.

*Judgment affirmed. All the Justices concur.*

No. 7362.   FEBRUARY 11, 1930.

*Pottle & Hofmayer,* for plaintiffs.
*Leonard Farkas,* for defendant.

## CALBECK *v.* HERRINGTON.

No. 7372.   FEBRUARY 11, 1930.